IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUDITH A. LEHMAN,

        Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                            Case No. 09-cv-288-slc

TEAMSTERS RETIREE HOUSING
OF JANESVILLE, WISCONSIN, INC.,

        Defendant.

---

      This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Teamsters Retiree Housing of Janesville, Wisconsin, Inc. dismissing plaintiff Judith A. Lehman's FLSA claim. Plaintiff's state law claim is dismissed pursuant to 28 U.S.C. § 1367 without prejudice to plaintiff's refiling in state court.

_/s/ Peter Oppeneer_                                        4/28/10

Peter Oppeneer, Clerk of Court                    Date